PEOPLE V TENNYSON, No. 137755. We direct the clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). We order the Wayne Circuit Court, in accordance with Administrative Order No. 2003-3, to promptly determine whether the defendant is indigent and, if so, to immediately appoint Julie E. Gilfix, if feasible, to represent the defendant in this Court. If this appointment is not feasible, the trial court shall, within the same time frame, appoint other counsel to represent the defendant in this Court. At oral argument, the parties shall address whether evidence that a child

was present in the home when the defendant was in possession of concealed drugs and weapons is legally sufficient to support the defendant's conviction for doing an act that tended to cause a child to become neglected or delinquent so as to tend to come under the jurisdiction of the juvenile division of the probate court. MCL 750.145. The parties may file supplemental briefs within 42 days of the appointment of appellate defense counsel, but they should not submit mere restatements of their application papers. Court of Appeals No. 278826.